**FILED**
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

OCT 03 2022

DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:22-00327 |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 241 |
| [1] CHESTER GALLAGHER | ) | 18 U.S.C. § 248(a)(1) |
| [2] HEATHER IDONI | ) | |
| [3] CALVIN ZASTROW | ) | |
| [4] COLEMAN BOYD | ) | |
| [5] CAROLINE DAVIS | ) | |
| [6] PAUL VAUGHN | ) | |
| [7] DENNIS GREEN | ) | |
| [8] EVA EDL | ) | |
| [9] EVA ZASTROW | ) | |
| [10] JAMES ZASTROW | ) | |
| [11] PAUL PLACE | ) | |

# INDICTMENT

THE GRAND JURY CHARGES:

The Grand Jury for the Middle District of Tennessee charges that, at times material to this Indictment, on or about the dates stated below:

## Introduction

1. The carafem Health Center ("Clinic") was a provider of reproductive health services, including abortions, located in Mt. Juliet, in the Middle District of Tennessee.

2. The following individuals were present at the Clinic on March 5, 2021, together and with others known and unknown to the Grand Jury:

    a. **[1] CHESTER GALLAGHER**, an individual who resides in Tennessee;

    b. **[2] HEATHER IDONI**, an individual who resides in Michigan;

    c. **[3] CALVIN ZASTROW**, an individual who resides in Michigan;

    d. **[4] COLEMAN BOYD**, an individual who resides in Mississippi;

e. **[5] CAROLINE DAVIS**, an individual who resides in Michigan;

f. **[6] PAUL VAUGHN**, an individual who resides in Tennessee;

g. **[7] DENNIS GREEN**, an individual who resides in Virginia;

h. **[8] EVA EDL**, an individual who resides in South Carolina;

i. **[9] EVA ZASTROW**, an individual who resides in Arkansas;

j. **[10] JAMES ZASTROW**, an individual who resides in Missouri; and

k. **[11] PAUL PLACE**, an individual who resides in Tennessee.

3. Employee A was employed by the Clinic and was at work on March 5, 2021.

4. Patient A was a Clinic patient who was seeking to obtain reproductive health services at the Clinic on March 5, 2021.

## COUNT ONE

5. The allegations contained in paragraphs 1 through 4 of this Indictment are realleged and incorporated herein by reference.

6. From on or about February 10, 2021, to on or about March 5, 2021, in the Middle District of Tennessee and elsewhere, defendants **[1] CHESTER GALLAGHER, [2] HEATHER IDONI, [3] CALVIN ZASTROW, [4] COLEMAN BOYD, [5] CAROLINE DAVIS, [6] PAUL VAUGHN**, and **[7] DENNIS GREEN** did willfully combine, conspire, and agree with one another, and with other persons known and unknown to the Grand Jury, to injure, oppress, threaten, and intimidate patients and employees of the Clinic in the free exercise and enjoyment of the rights and privileges secured to them by the laws of the United States, namely, the right to obtain and seek to obtain, and to provide and seek to provide, reproductive health services, as provided by Title 18, United States Code, Section 248(c), in violation of Title 18, United States Code, Section 241.

## Purpose of the Conspiracy

7. It was the plan and purpose of the conspiracy that defendants **[1] CHESTER GALLAGHER, [2] HEATHER IDONI, [3] CALVIN ZASTROW, [4] COLEMAN BOYD, [5] CAROLINE DAVIS, [6] PAUL VAUGHN,** and **[7] DENNIS GREEN,** aided and abetted by each other and by other co-conspirators known and unknown to the Grand Jury, would create a blockade to stop the Clinic from providing, and patients from obtaining, reproductive health services.

## Overt Acts

8. In furtherance of the conspiracy, and to accomplish the objects of the conspiracy, the conspirators committed various overt acts, including, but not limited to, the following:

9. In or about February 2021, **[1] CHESTER GALLAGHER** utilized social media and promoted a series of anti-abortion events scheduled for March 4 through 7, 2021, in the Nashville area. **[1] GALLAGHER** used the term "rescue" to describe the physical blockade of a reproductive health care facility.

10. In or about mid-February 2021, **[1] CHESTER GALLAGHER** and **[2] HEATHER IDONI** used Facebook, a social media platform, to coordinate travel and logistics for **[2] IDONI, [3] CALVIN ZASTROW, [5] CAROLINE DAVIS, [7] DENNIS GREEN**, and other blockade participants known and unknown to the Grand Jury to travel to Nashville. **[1] GALLAGHER** and **[2] IDONI** also used Facebook to identify blockade participants who would be willing to risk arrest to further the objects of the conspiracy.

11. In or about mid-February 2021, **[5] CAROLINE DAVIS** used Facebook to communicate to **[4] COLEMAN BOYD** that she would meet him for a "rescue" in Tennessee in

3

March 2021. **[5] DAVIS** then did meet **[4] BOYD** and others in Mt. Juliet, Tennessee, on or about March 4, 2021, to participate in a blockade at the Clinic.

12. In or about March 2021, **[2] HEATHER IDONI, [3] CALVIN ZASTROW, [4] COLEMAN BOYD, [5] CAROLINE DAVIS, [7] DENNIS GREEN**, and others known and unknown to the Grand Jury, traveled to the Middle District of Tennessee from other states.

13. In or about March 4, 2021, **[4] COLEMAN BOYD** advertised the clinic blockade on his Facebook social media account. **[4] BOYD** posted, "Lord willing, our family will be doing a Facebook live of some ministry activities tomorrow morning around 7:45 AM central time. Please be in prayer towards this. Please plan to join us and share it if possible."

14. On or about 7:45 a.m. on March 5, 2021, **[4] COLEMAN BOYD** stood in the hallway outside of the Clinic suite and used his Facebook account to create a livestream titled, in part, "Mt. Juliet, TN Rescue March 5, 2021."

15. **[1] CHESTER GALLAGHER, [2] HEATHER IDONI, [3] CALVIN ZASTROW, [6] PAUL VAUGHN**, and others known and unknown to the Grand Jury gathered in the hallway outside of the Clinic suite, directly outside the Clinic's two entry doors, at 7:45 a.m.

16. **[1] CHESTER GALLAGHER** and **[3] CALVIN ZASTROW** stood directly in front of the Clinic's main entry door, blocking access to the Clinic when **[4] COLEMAN BOYD** commenced his Facebook livestream at approximately 7:45 a.m. **[4] BOYD** announced on his Facebook livestream that the individuals depicted on his livestream, which included himself, **[1] GALLAGHER, [2] HEATHER IDONI, [3] CALVIN ZASTROW, [6] PAUL VAUGHN**, and others known and unknown to the Grand Jury, were present at 7:45 a.m. because the Clinic was scheduled to open at 8:00 a.m.

17. At approximately 7:51 a.m., **[7] DENNIS GREEN** used his Facebook account to create a livestream of the blockade of the Clinic. **[7] GREEN** recorded himself entering the Clinic building, and then riding up the elevator to the Clinic floor with **[5] CAROLINE DAVIS** and others known and unknown to the Grand Jury.

18. **[5] CAROLINE DAVIS, [7] DENNIS GREEN**, and others known and unknown to the Grand Jury arrived approximately six minutes into **[4] COLEMAN BOYD'S** livestream video, at approximately 7:51 a.m. **[5] DAVIS, [7] GREEN**, and others known and unknown to the Grand Jury walked through the clinic hallway and assumed positions blocking the main door to the Clinic.

19. When Patient A and her companion arrived outside the Clinic for a scheduled reproductive health service, they encountered **[4] COLEMAN BOYD**, who was standing next to the only hallway leading to the Clinic's entry doors. **[4] BOYD** attempted to engage Patient A by asking her numerous questions. For example, **[4] BOYD** asked Patient A if she was, "Trying to come to the abortion mill?" Patient A responded and walked away, but **[4] BOYD** persisted and asked Patient A, "Can we talk to you for a minute?" **[4] BOYD** then encouraged one of his children to approach Patient A and her companion. **[4] BOYD'S** child then walked up to Patient A and asked her and her companion if they're "looking for the abortion clinic?" Patient A and her companion walked into the crowded hallway but stopped short of the Clinic entrance. **[4] BOYD** then directed his livestream camera into the hallway and captured Patient A speaking with Employee A. **[4] BOYD** told his livestream audience that Patient A was a "mom coming to kill her baby."

20. When Employee A returned to the Clinic staff door, **[3] CALVIN ZASTROW** physically blocked the door for Clinic staff. **[3] ZASTROW** refused to move from the door, and

acknowledged to Employee A that he was trespassing. Employee A was unable to enter the Clinic, and exited the building.

21. Shortly after 8:00 a.m., **[1] CHESTER GALLAGHER** used his Facebook account to post a livestream video titled, "RESCUE." **[1] GALLAGHER** announced that he, **[3] CALVIN ZASTROW,** and another individual known to the Grand Jury are "leading a rescue." **[1] GALLAGHER** further stated that the "rescuers" present were "willing to be incarcerated" to "rescue families from this place of destruction." During the course of the recording, **[1] GALLAGHER** explained that a successful "rescue" involved delay tactics that kept patients from obtaining, and the Clinic from performing, abortions.

22. **[1] CHESTER GALLAGHER** announced to **[2] HEATHER IDONI, [3] CALVIN ZASTROW, [5] CAROLINE DAVIS, [6] PAUL VAUGHN, [7] DENNIS GREEN,** and others known and unknown to the Grand Jury that, "It's very important that if you're not planning on being arrested, do not sit in front of the door, do not get pictured blocking the door. I just don't want anybody having their picture taken sitting in front of the door unless you're being arrested. Otherwise, just stand up and be in the hallway." Following **[1] GALLAGHER'S** announcement, **[2] IDONI, [3] ZASTROW, [5] DAVIS,** and **[7] GREEN** and others known and unknown to the Grand Jury used their bodies to block the Clinic's doors. **[4] COLEMAN BOYD** remained at the opposite end of the Clinic hallway livestreaming the events with a cell phone.

23. **[2] HEATHER IDONI, [3] CALVIN ZASTROW, [5] CAROLINE DAVIS, [7] DENNIS GREEN** and others known and unknown to the Grand Jury continued to physically block the Clinic's doors.

24. After officers with the Mt. Juliet Police Department arrived and directed the individuals in the hallway outside the Clinic to leave, **[1] CHESTER GALLAGHER** told

6

**[2] HEATHER IDONI**, **[3] CALVIN ZASTROW**, **[5] CAROLINE DAVIS**, **[6] PAUL VAUGHN**, **[7] DENNIS GREEN** and others known and unknown to the Grand Jury that, "We're at the point now where we need to know who is going to jail and who is not." Following **[1] GALLAGHER'S** announcement, **[2] IDONI**, **[3] CALVIN ZASTROW**, **[5] DAVIS**, **[7] GREEN**, and others known and unknown to the Grand Jury blocked the Clinic's doors.

25. As **[6] PAUL VAUGHN** stood in the hallway, **[1] CHESTER GALLAGHER** announced to **[2] HEATHER IDONI**, **[3] CALVIN ZASTROW**, **[5] CAROLINE DAVIS**, **[6] VAUGHN**, **[7] DENNIS GREEN** and others known and unknown to the Grand Jury that, "We have two doors to block."

26. During **[1] CHESTER GALLAGHER'S** Facebook livestream, **[6] PAUL VAUGHN** alerted **[1] GALLAGHER** and others that the police were soon going to arrest individuals after giving a final warning. After **[6] VAUGHN** spoke with the police officers he stood next to **[1] GALLAGHER**, who explained to his Facebook livestream audience that **[6] VAUGHN** was engaging the police and "trying to buy us as much time as we can."

27. **[1] CHESTER GALLAGHER** stood next to **[2] HEATHER IDONI**, **[5] CAROLINE DAVIS**, **[7] DENNIS GREEN** and others known and unknown to the Grand Jury in front of the Clinic's main entry door and explained to his Facebook livestream audience that he and the blockade participants "already turned away one couple" and hoped to "stop as many murderous appointments as we can."

All in violation of Title 18, United States Code, Section 241.

## COUNT TWO

28. The allegations contained in Paragraphs 1 through 27 of this Indictment are realleged and incorporated herein by reference.

29. On or about March 5, 2021, in the Middle District of Tennessee and elsewhere, the defendants, **[1] CHESTER GALLAGHER, [2] HEATHER IDONI, [3] CALVIN ZASTROW, [4] COLEMAN BOYD, [5] CAROLINE DAVIS, [6] PAUL VAUGHN, [7] DENNIS GREEN, [8] EVA EDL, [9] EVA ZASTROW, [10] JAMES ZASTROW,** and **[11] PAUL PLACE,** aiding and abetting one another, did by force, threat of force, and physical obstruction, intentionally injure, intimidate, and interfere with, and attempt to injure, intimidate, and interfere with Patient A, Employee A, and the other employees of the Clinic, because Patient A was obtaining, and the Clinic was providing, reproductive health services.

All in violation of Title 18, United States Code, Sections 248(a)(1) and 2.

A TRUE BILL

███████████████████
FOREPERSON

MARK H. WILDASIN
UNITED STATES ATTORNEY

AMANDA J. KLOPF
ASSISTANT UNITED STATES ATTORNEY

KRISTEN M. CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

SANJAY PATEL
NIKHIL RAMNANEY
TRIAL ATTORNEYS